# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Grimm, Paul W. | 2. Court or Organization<br><br>U.S. District Court, District of Maryland | 3. Date of Report<br><br>02/16/2012 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (active status) | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 02/16/2012<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>01/31/2012 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Chambers 8B U.S. Courthouse<br>101 West Lombard Street<br>Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W | 02/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Shenier Bar Review, lecturer | $5,300.00 |
| 2. 2011 | ABA-MD Discovery Problems Solutions, royalties | $1,687.22 |
| 3. 2011 | University of Baltimore School of Law, adjunct faculty | $7,300.00 |
| 4. 2011 | University of Maryland School of Law, adjunct faculty | $3,650.00 |
| 5. 2010 | Shenier Bar Review, lecturer | $4,750.00 |
| 6. 2010 | ABA-MD Discovery Problems Solutions, royalties | $926.20 |
| 7. 2010 | University of Baltimore School of Law, adjunct faculty | $3,700.00 |
| 8. 2010 | University of Maryland School of Law, adjunct faculty | $7,400.00 |
| 9. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Dietician-Blue Point Nursing LLC |
| 2. 2012 | Dietician-Holly Hill Nursing LLC |
| 3. 2011 | Dietician-Blue Point Nursing LLC |
| 4. 2011 | Dietician-Holly Hill Nursing LLC |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |

3

4

5

# V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 02/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | M&T Bank accounts | A | Interest | L | T | Exempt | | | | |
| 2 | AXA Equitable TSA (Equi-Vest) | | None | K | T | | | | | |
| 3 | Vanguard GNMA Fund IRA | B | Dividend | K | T | | | | | |
| 4 | Lincoln Multi-Fund (Johns Hopkins Hosp Retirement) | | None | J | T | | | | | |
| 5 | T. Rowe Price Equity Income IRA | A | Dividend | K | T | | | | | |
| 6 | The Columbia Bank CD | A | Interest | J | T | | | | | |
| 7 | Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 8 | Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 9 | T. Rowe Price Prime Reserve | A | Dividend | K | T | | | | | |
| 10 | MD College Investment Plan 529-Portfolio 2012 | | None | K | T | | | | | |
| 11 | Exelon Corporation common stock | A | Dividend | J | T | | | | | |
| 12 | VCSP/College America EuroPacific Growth Fund 529A | A | Dividend | J | T | | | | | |
| 13 | VCSP/College America Growth Fund of America 529A | A | Dividend | J | T | | | | | |
| 14 | VCSP/College America SMALLCAP World Fund 529A | A | Dividend | J | T | | | | | |
| 15 | VCSP/College America Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 16 | VCSP/College America Capital Income Builder 529A | A | Dividend | J | T | | | | | |
| 17 | VCSP/College America Amer Fds Money Mkt Fd 529A | | None | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market
   (See Column C2) U =Book Value, V =Other, W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 02/16/2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | K | T | | | | | |
| 19. IRA #1 | D | Dividend | M | T | | | | | |
| 20. - Calamos Strategic Total Return Fund | | | | | | | | | |
| 21. - Goldman Sachs Tr Equity Growth Strategy | | | | | | | | | |
| 22. - Prime MM, RBC Investor Class | | | | | | | | | |
| 23. - Invesco Van Kampen Equity Income C | | | | | | | | | |
| 24. - MacQuarie 1st Tr Global Infrastructure Div/Inc | | | | | | | | | |
| 25. - Enervest Diversified Income Trust | | | | | | | | | |
| 26. - Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 27. - John Hancock Tax Advntgd Div Inc | | | | | | | | | |
| 28. - AllianceBernstein Global Hi Income Fd B | | | | | | | | | |
| 29. IRA #2 | D | Interest | M | T | | | | | |
| 30. - Countrywide Home Loans Ser 03-40-A3 | | | | | | | | | |
| 31. - CS First Boston Mortgage 03-21-1A14 | | | | | | | | | |
| 32. - FHLMC REMIC 3010-YD | | | | | | | | | |
| 33. - Banc of America Fndg Corp Ser 05-8-4A10 | | | | | | | | | |
| 34. - Citicorp Mortgage Secs Tr Ser 07-5-1A3 | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4): A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
2. Value Codes (See Columns C1 and D3): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000; J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes (See Column C2): Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 02-16-2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Bank of America Mtge Sec Ser 07-3-2A8 | | | | | | | | | |
| 36. - Wells Fargo Mtge Bkd Sec 05-05-H-A-5 | | | | | | | | | |
| 37. - Alternative Loan Tr 05-21CBA-9 | | | | | | | | | |
| 38. - CWalt Inc Mtge PC 04-35T2A-7 | | | | | | | | | |
| 39. - Countrywide Home Loan Alt Loan 04-28CB3-A-1 | | | | | | | | | |
| 40. - Mastr Alt Loan Trust Ser 05-3-2-A-1 | | | | | | | | | |
| 41. - Mastr Alt Loan Trust Ser 05-3-7-A-1 | | | | | | | | | |
| 42. - Alternative Loan Trust 05-90CB-2-A-1 | | | | | | | | | |
| 43. - Banc Amer Funding Corp 05-5-1A8 | | | | | | | | | |
| 44. - Alternative Loan Trust 05-43CBA-7 | | | | | | | | | |
| 45. - 1st Horizon Alt Mtge Ser 05-FA8-A-14 | | | | | | | | | |
| 46. - Banc Amer Mtg Sec 05-11-1A7 | | | | | | | | | |
| 47. - Banc of Amer Alt Ln Tr 06-7-A2 | | | | | | | | | |
| 48. - Wells Fargo Mtge Bkd Sec 06-04-A-2 | | | | | | | | | |
| 49. - Mastr Alt Loan Tr 05-2-q-A-4 | | | | | | | | | |
| 50. - Mastr Alt Loan Tr 04-13-7-A-1 | | | | | | | | | |
| 51. - Alternative Loan Tr 04-18CB5-A-1 | | | | | | | | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - CSFB Mtge Bkd 04-8 II-A-1 | | | | | | | | | |
| 53. - Bear Stearns Asset Bk Sec Tr 04-AC3 A-1 | | | | | | | | | |

1. Income Gain Codes        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,000 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value             V =Other                   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Paul William Grimm

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 93 | 864 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 500 | 320 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 196 | 128 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 237 | 054 |
| Real estate owned – see schedule | | 648 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 135 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | Total liabilities | | 237 | 054 |
| | | | | Net Worth | 1 | 336 | 258 |
| Total Assets | 1 | 573 | 312 | Total liabilities and net worth | 1 | 573 | 312 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | 3 | 392 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |